# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

gnaydenskiy@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620



August 4, 2020

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/4/2020

**Via ECF**  
Honorable Valerie E. Caproni  
United States Courthouse  
40 Foley Square,  
New York, NY 10007

Re: <u>Gonzalez et al v. Treadwell Park LLC et al</u>  
20-cv-4568-VEC

Your Honor:

We represent the Plaintiffs in the above titled matter. We write, jointly with Defendants, to respectfully request the matter be stayed pending arbitration.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy  
Gennadiy Naydenskiy

---

Application GRANTED. This case is STAYED pending arbitration. The parties are directed to provide joint quarterly updates on the status of arbitration. The first status update is due **November 1, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

8/4/2020

*Certified as a minority-owned business in the State of New York*