

# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com



August 18, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2021

**Via ECF**
Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square,
New York, NY 10007

　　　　　　　　Re: Gonzalez et al v. Treadwell Park LLC et al
　　　　　　　　　　20-cv-4568-VEC

Your Honor:

　　We represent the Plaintiffs in the above titled matter. We write in compliance with the Court's order to submit an update on the status of the arbitration. I have taken over this case from Gennadiy Nadenskiy who is away on paternity leave until September. At present, the process leading up to arbitration has begun. Upon reviewing documents from the Defendant and speaking with the Plaintiffs, we believe that Plaintiff Gonzalez is exempt from the FLSA statute's provision regarding overtime. Thus, we will soon seek to dismiss the arbitration involving Plaintiff Gonzalez and we will go forward with the case involving Plaintiff Fuentes.

　　We thank the Court for its time and attention to this matter.

The parties must submit a joint update regarding the status of arbitration by **November 15, 2021.**

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Khalil Huey
　　　　　　　　　　　　　　　　　　　　　　　　Khalil Huey Esq.

*[signature: Valerie Caproni]*
　　　　　　　　8/19/2021
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*