# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                  Facsimile: (212) 317-1620
_____

khuey@csm-legal.com

November 16, 2021

**Via ECF**
Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square,
New York, NY 10007

                 Re:  Gonzalez et al v. Treadwell Park LLC et al
                       20-cv-4568-VEC

Your Honor:

     We represent the Plaintiffs in the above titled matter. We write in compliance with the Court's order to submit an update on the status of the arbitration. Parties have not proceeded with arbitration as Parties were resolving the Plaintiff's dates of employment to assist in resolving the case. A present, we are working to resolve the case before proceeding with the arbitration.

     We thank the Court for its time and attention to this matter.

                                            Respectfully Submitted,

                                            /s/ Khalil Huey
                                            Khalil Huey Esq.