# EXHIBIT "B"

# Jamie Felsen

| | |
|---|---|
| **From:** | Khalil Huey <khuey@csm-legal.com> |
| **Sent:** | Monday, November 15, 2021 4:22 PM |
| **To:** | Jamie Felsen |
| **Subject:** | Olman Eliseo Velasquez Fuentes v. Treadwell Park, et al. ADR Systems File NO. 51408CAMG |
| **Attachments:** | Damages Chart with Def Docs - 10-18.pdf |

Jaime,

Please accept my apologies in the tardiness of this response. It has been quite the change for my office as we transition law firms. Additionally, I believe my last attempt to reach out may have been foiled by my own spam filter.

Please find our damages chart below. At some points, there are two given entries for a given date. These have been noted.

Likewise, we believe that we are now ready to proceed with the Fuentes matter with arbitration. Please advise and I will draft an update to the court for your review.

Respectfully,


*Khalil Huey, Esq.*

CSM Legal PC

60 East 42nd Street, Suite 4510

New York, NY 10165

212-317-1200 (office)

212-317-1620 (fax)

khuey@csm-legal.com


Confidentiality Notice: Privileged and/or Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged Settlement Communication                                                                                           Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Olman Eliseo Velasquez Fuentes | 4/30/2017 | 5/10/2017 | 1 | 44.1 | 0 | $ 11.51 | $ 17.27 | $ 11.00 | $ 16.50 | $ 531.25 | $ 507.65 | $ 23.60 | $ 23.60 |
| | 5/10/2017 | 5/16/2017 | 1 | 43.38 | 0 | $ 11.43 | $ 17.14 | $ 11.00 | $ 16.50 | $ 515.08 | $ 495.77 | $ 19.31 | $ 19.31 |
| | 5/17/2017 | 5/23/2017 | 1 | 43.48 | 0 | $ 11.44 | $ 17.16 | $ 11.00 | $ 16.50 | $ 516.88 | $ 497.09 | $ 19.79 | $ 19.79 |
| | 5/24/2017 | 5/30/2017 | 1 | 42.31 | 0 | $ 11.25 | $ 16.88 | $ 11.00 | $ 16.50 | $ 489.12 | $ 476.12 | $ 13.00 | $ 13.00 |
| | 5/31/2017 | 6/6/2017 | 1 | 45.06 | 0 | $ 11.62 | $ 17.43 | $ 11.00 | $ 16.50 | $ 552.88 | $ 523.49 | $ 29.39 | $ 29.39 |
| | 6/7/2017 | 6/13/2017 | 1 | 40 | 0 | $ 11.00 | $ 16.50 | $ 11.00 | $ 16.50 | $ 440.00 | $ 440.00 | $ - | $ - |
| | 6/14/2017 | 6/20/2017 | 1 | 40.51 | 0 | $ 11.00 | $ 16.50 | $ 11.00 | $ 16.50 | $ 448.42 | $ 445.61 | $ 2.80 | $ 2.80 |
| | 6/21/2017 | 6/27/2017 | 1 | 50.32 | 0 | $ 12.02 | $ 18.03 | $ 11.00 | $ 16.50 | $ 666.80 | $ 604.78 | $ 62.02 | $ 62.02 |
| | 6/28/2017 | 7/5/2017 | 1 | 42.52 | 0 | $ 11.33 | $ 16.99 | $ 11.00 | $ 16.50 | $ 495.85 | $ 481.58 | $ 14.27 | $ 14.27 |
| | 7/6/2017 | 7/12/2017 | 1 | 43.42 | 0 | $ 11.43 | $ 17.15 | $ 11.00 | $ 16.50 | $ 515.98 | $ 496.43 | $ 19.55 | $ 19.55 |
| | 7/13/2017 | 7/19/2017 | 1 | 82.27 | 0 | $ 14.63 | $ 21.94 | $ 11.00 | $ 16.50 | $ 1,512.63 | $ 1,203.46 | $ 309.17 | $ 309.17 |
| | 7/20/2017 | 7/26/2017 | 1 | 86.79 | 0 | $ 14.85 | $ 22.28 | $ 11.00 | $ 16.50 | $ 1,636.51 | $ 1,289.04 | $ 347.47 | $ 347.47 |
| | 7/27/2017 | 8/2/2017 | 1 | 74.81 | 0 | $ 12.09 | $ 18.13 | $ 11.00 | $ 16.50 | $ 1,114.78 | $ 904.37 | $ 210.41 | $ 210.41 |
| | 8/2/2017 | 8/9/2017 | 1 | 97.27 | 0 | $ 12.88 | $ 19.32 | $ 11.00 | $ 16.50 | $ 1,621.61 | $ 1,252.96 | $ 368.65 | $ 368.65 |
| | 8/9/2017 | 8/16/2017 | 1 | 45.5 | 0 | $ 11.66 | $ 17.50 | $ 11.00 | $ 16.50 | $ 562.83 | $ 530.75 | $ 32.08 | $ 32.08 |
| Page 25 | 8/9/2017 | 8/16/2017 | 1 | 60.53 | 0 | $ 10.96 | $ 16.44 | $ 11.00 | $ 16.50 | $ 778.75 | $ 663.25 | $ 115.50 | $ 115.50 |
| | 8/16/2017 | 8/23/2017 | 1 | 59.01 | 0 | $ 12.02 | $ 18.04 | $ 11.00 | $ 16.50 | $ 823.85 | $ 709.56 | $ 114.29 | $ 114.29 |
| | 8/23/2017 | 8/30/2017 | 1 | 111.16 | 0 | $ 13.19 | $ 19.78 | $ 11.00 | $ 16.50 | $ 1,934.77 | $ 1,465.65 | $ 469.12 | $ 469.12 |
| | 8/30/2017 | 9/6/2017 | 1 | 80.03 | 0 | $ 12.31 | $ 18.46 | $ 11.00 | $ 16.50 | $ 1,231.34 | $ 985.00 | $ 246.34 | $ 246.34 |
| | 9/7/2017 | 9/13/2017 | 1 | 91.84 | 0 | $ 13.86 | $ 20.80 | $ 11.00 | $ 16.50 | $ 1,632.74 | $ 1,273.36 | $ 359.38 | $ 359.38 |
| | 9/14/2017 | 9/20/2017 | 1 | 8 | 0 | $ 11.00 | $ 16.50 | $ 11.00 | $ 16.50 | $ 88.00 | $ 88.00 | $ - | $ - |
| Page 25 | 9/14/2017 | 9/20/2017 | 1 | 36 | 0 | $ 11.00 | $ 16.50 | $ 11.00 | $ 16.50 | $ 396.00 | $ 396.00 | $ - | $ - |
| | 9/20/2017 | 9/27/2017 | 1 | 96.75 | 0 | $ 12.80 | $ 19.21 | $ 11.00 | $ 16.50 | $ 1,602.22 | $ 1,238.88 | $ 363.34 | $ 363.34 |
| | 9/27/2017 | 10/4/2017 | 1 | 99.25 | 0 | $ 12.90 | $ 19.35 | $ 11.00 | $ 16.50 | $ 1,662.23 | $ 1,280.13 | $ 382.10 | $ 382.10 |
| | 10/5/2017 | 10/11/2017 | 1 | 76.27 | 0 | $ 12.07 | $ 18.11 | $ 11.00 | $ 16.50 | $ 1,175.98 | $ 944.96 | $ 231.02 | $ 231.02 |
| | 10/10/2017 | 10/18/2017 | 1 | 81.41 | 0 | $ 12.24 | $ 18.37 | $ 11.00 | $ 16.50 | $ 1,250.28 | $ 996.77 | $ 253.51 | $ 253.51 |
| | 10/19/2017 | 10/25/2017 | 1 | 85.23 | 0 | $ 12.43 | $ 18.65 | $ 11.00 | $ 16.50 | $ 1,341.01 | $ 1,059.80 | $ 281.21 | $ 281.21 |
| | 10/26/2017 | 11/1/2017 | 1 | 71.39 | 0 | $ 11.72 | $ 17.59 | $ 11.00 | $ 16.50 | $ 1,020.94 | $ 836.94 | $ 184.00 | $ 184.00 |
| | 11/1/2017 | 11/8/2017 | 1 | 53.74 | 0 | $ 10.56 | $ 15.85 | $ 11.00 | $ 16.50 | $ 567.71 | $ 567.71 | $ - | $ - |
| | 11/8/2017 | 11/15/2017 | 1 | 54.09 | 0 | $ 10.60 | $ 15.90 | $ 11.00 | $ 16.50 | $ 672.49 | $ 573.49 | $ 99.00 | $ 99.00 |
| | 11/15/2017 | 11/22/2017 | 1 | 44.89 | 0 | $ 9.77 | $ 14.66 | $ 11.00 | $ 16.50 | $ 520.69 | $ 438.79 | $ 81.90 | $ 81.90 |
| | 11/22/2017 | 11/29/2017 | 1 | 47.45 | 0 | $ 10.12 | $ 15.19 | $ 11.00 | $ 16.50 | $ 562.93 | $ 480.43 | $ 82.50 | $ 82.50 |
| | 11/29/2017 | 12/6/2017 | 1 | 55.54 | 0 | $ 10.76 | $ 16.13 | $ 11.00 | $ 16.50 | $ 696.41 | $ 597.41 | $ 99.00 | $ 99.00 |
| | 12/7/2017 | 12/13/2017 | 1 | 40.21 | 0 | $ 11.03 | $ 16.54 | $ 11.00 | $ 16.50 | $ 444.63 | $ 443.47 | $ 1.16 | $ 1.16 |
| | 12/14/2017 | 12/20/2017 | 1 | 41.33 | 0 | $ 11.18 | $ 16.77 | $ 11.00 | $ 16.50 | $ 469.38 | $ 461.95 | $ 7.43 | $ 7.43 |
| | 12/20/2017 | 12/27/2017 | 1 | 48.45 | 0 | $ 11.85 | $ 17.77 | $ 11.00 | $ 16.50 | $ 623.98 | $ 573.93 | $ 50.05 | $ 50.05 |
| | | | 1 | | | | | | | | | $ - | $ - |
| | 1/3/2018 | 1/9/2018 | 1 | 39.53 | 0 | $ 11.00 | $ 16.50 | $ 13.00 | $ 19.50 | $ 513.89 | $ 434.83 | $ 79.06 | $ 79.06 |
| | 1/10/2018 | 1/16/2018 | 1 | 40.65 | 0 | $ 12.70 | $ 19.05 | $ 13.00 | $ 19.50 | $ 536.58 | $ 518.84 | $ 17.74 | $ 17.74 |
| | 1/17/2018 | 1/23/2018 | 1 | 39.08 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 508.04 | $ 508.04 | $ - | $ - |
| | 1/24/2018 | 1/30/2018 | 1 | 37.84 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 491.92 | $ 491.92 | $ - | $ - |
| | 1/31/2018 | 2/6/2018 | 1 | 36.98 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 480.74 | $ 480.74 | $ - | $ - |
| | 2/7/2018 | 2/13/2018 | 1 | 39.51 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 513.63 | $ 513.63 | $ - | $ - |
| | 2/14/2018 | 2/20/2018 | 1 | 39.29 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 510.77 | $ 510.77 | $ - | $ - |
| | 2/21/2018 | 2/27/2018 | 1 | 32.95 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 428.35 | $ 428.35 | $ - | $ - |
| | 2/28/2018 | 3/6/2018 | 1 | 35.78 | 0 | $ 13.00 | $ 19.50 | $ 13.00 | $ 19.50 | $ 465.14 | $ 465.14 | $ - | $ - |
| | 3/7/2018 | 3/13/2018 | 1 | 40.08 | 0 | $ 13.01 | $ 19.52 | $ 13.00 | $ 19.50 | $ 522.08 | $ 521.56 | $ 0.52 | $ 0.52 |
| | 3/14/2018 | 3/20/2018 | 1 | 43.36 | 0 | $ 11.50 | $ 17.25 | $ 13.00 | $ 19.50 | $ 585.52 | $ 498.68 | $ 86.84 | $ 86.84 |
| | 3/21/2018 | 3/27/2018 | 1 | 43.34 | 0 | $ 11.50 | $ 17.25 | $ 13.00 | $ 19.50 | $ 585.13 | $ 498.42 | $ 86.71 | $ 86.71 |
| | 3/28/2018 | 4/3/2018 | 1 | 42.79 | 0 | $ 11.48 | $ 17.22 | $ 13.00 | $ 19.50 | $ 574.41 | $ 491.27 | $ 83.14 | $ 83.14 |
| | 4/4/2018 | 4/10/2018 | 1 | 42.9 | 0 | $ 11.48 | $ 17.23 | $ 13.00 | $ 19.50 | $ 576.55 | $ 492.70 | $ 83.85 | $ 83.85 |
| | 4/11/2018 | 4/17/2018 | 1 | 43.2 | 0 | $ 11.50 | $ 17.24 | $ 13.00 | $ 19.50 | $ 582.40 | $ 496.60 | $ 85.80 | $ 85.80 |
| | 4/18/2018 | 4/24/2018 | 1 | 43.38 | 0 | $ 11.50 | $ 17.25 | $ 13.00 | $ 19.50 | $ 585.91 | $ 498.94 | $ 86.97 | $ 86.97 |
| | 4/25/2018 | 5/1/2018 | 1 | 42.92 | 0 | $ 11.49 | $ 17.23 | $ 13.00 | $ 19.50 | $ 576.94 | $ 492.96 | $ 83.98 | $ 83.98 |
| | 5/2/2018 | 5/8/2018 | 1 | 42.6 | 0 | $ 11.47 | $ 17.21 | $ 13.00 | $ 19.50 | $ 570.70 | $ 488.80 | $ 81.90 | $ 81.90 |
| | 5/9/2018 | 5/15/2018 | 1 | 35.52 | 0 | $ 11.54 | $ 17.30 | $ 13.00 | $ 19.50 | $ 461.76 | $ 409.76 | $ 52.00 | $ 52.00 |
| | 5/16/2018 | 5/22/2018 | 1 | 35.3 | 0 | $ 11.53 | $ 17.29 | $ 13.00 | $ 19.50 | $ 458.90 | $ 406.90 | $ 52.00 | $ 52.00 |
| | 5/23/2018 | 5/29/2018 | 1 | 34.55 | 0 | $ 11.49 | $ 17.24 | $ 13.00 | $ 19.50 | $ 449.15 | $ 397.15 | $ 52.00 | $ 52.00 |
| | 5/30/2018 | 6/5/2018 | 1 | 35.04 | 0 | $ 11.52 | $ 17.27 | $ 13.00 | $ 19.50 | $ 455.52 | $ 403.52 | $ 52.00 | $ 52.00 |
| | 6/6/2018 | 6/12/2018 | 1 | 31.17 | 0 | $ 11.33 | $ 17.00 | $ 13.00 | $ 19.50 | $ 405.21 | $ 353.21 | $ 52.00 | $ 52.00 |
| | 6/13/2018 | 6/19/2018 | 1 | 31.2 | 0 | $ 11.33 | $ 17.00 | $ 13.00 | $ 19.50 | $ 405.60 | $ 353.60 | $ 52.00 | $ 52.00 |
| | 6/20/2018 | 6/26/2018 | 1 | 35.05 | 0 | $ 10.40 | $ 15.61 | $ 13.00 | $ 19.50 | $ 455.65 | $ 364.65 | $ 91.00 | $ 91.00 |
| | 6/27/2018 | 7/2/2018 | 1 | 31.12 | 0 | $ 11.33 | $ 16.99 | $ 13.00 | $ 19.50 | $ 404.56 | $ 352.56 | $ 52.00 | $ 52.00 |
| | 7/3/2018 | 7/10/2018 | 1 | 30.97 | 0 | $ 11.32 | $ 16.98 | $ 13.00 | $ 19.50 | $ 402.61 | $ 350.61 | $ 52.00 | $ 52.00 |
| | 7/11/2018 | 7/17/2018 | 1 | 32.58 | 0 | $ 11.40 | $ 17.11 | $ 13.00 | $ 19.50 | $ 423.54 | $ 371.54 | $ 52.00 | $ 52.00 |
| | 7/18/2018 | 7/24/2018 | 1 | 32.9 | 0 | $ 11.42 | $ 17.13 | $ 13.00 | $ 19.50 | $ 427.70 | $ 375.70 | $ 52.00 | $ 52.00 |
| | 7/25/2018 | 7/31/2018 | 1 | 29.86 | 0 | $ 11.26 | $ 16.89 | $ 13.00 | $ 19.50 | $ 388.18 | $ 336.18 | $ 52.00 | $ 52.00 |
| | 8/1/2018 | 8/7/2018 | 1 | 32.13 | 0 | $ 11.38 | $ 17.07 | $ 13.00 | $ 19.50 | $ 417.69 | $ 365.69 | $ 52.00 | $ 52.00 |
| | 8/8/2018 | 8/14/2018 | 1 | 35.02 | 0 | $ 11.52 | $ 17.27 | $ 13.00 | $ 19.50 | $ 455.26 | $ 403.26 | $ 52.00 | $ 52.00 |
| | 8/15/2018 | 8/21/2018 | 1 | 33.53 | 0 | $ 11.45 | $ 17.17 | $ 13.00 | $ 19.50 | $ 435.89 | $ 383.89 | $ 52.00 | $ 52.00 |
| | 8/22/2018 | 8/28/2018 | 1 | 33.49 | 0 | $ 11.45 | $ 17.17 | $ 13.00 | $ 19.50 | $ 435.37 | $ 383.37 | $ 52.00 | $ 52.00 |
| | 8/29/2018 | 9/4/2018 | 1 | 33.61 | 0 | $ 11.45 | $ 17.18 | $ 13.00 | $ 19.50 | $ 436.93 | $ 384.93 | $ 52.00 | $ 52.00 |
| | 9/5/2018 | 9/11/2018 | 1 | 33.99 | 0 | $ 11.47 | $ 17.21 | $ 13.00 | $ 19.50 | $ 441.87 | $ 389.87 | $ 52.00 | $ 52.00 |
| | 9/12/2018 | 9/18/2018 | 1 | 33.42 | 0 | $ 11.44 | $ 17.17 | $ 13.00 | $ 19.50 | $ 434.46 | $ 382.46 | $ 52.00 | $ 52.00 |
| | 9/19/2018 | 9/25/2018 | 1 | 32.22 | 0 | $ 11.39 | $ 17.08 | $ 13.00 | $ 19.50 | $ 418.86 | $ 366.86 | $ 52.00 | $ 52.00 |
| | 9/26/2018 | 10/2/2018 | 1 | 34.1 | 0 | $ 11.48 | $ 17.21 | $ 13.00 | $ 19.50 | $ 443.30 | $ 391.30 | $ 52.00 | $ 52.00 |

Privileged Settlement Communication — Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/3/2018 | 10/9/2018 | 1 | 30.35 | 0 | $11.29 | $16.93 | $13.00 | $19.50 | $394.55 | $342.55 | $52.00 | $52.00 |
| | 10/10/2018 | 10/16/2018 | 1 | 32.84 | 0 | $11.42 | $17.12 | $13.00 | $19.50 | $426.92 | $374.92 | $52.00 | $52.00 |
| | 10/17/2018 | 10/23/2018 | 1 | 33.32 | 0 | $11.44 | $17.16 | $13.00 | $19.50 | $433.16 | $381.16 | $52.00 | $52.00 |
| | 10/24/2018 | 10/30/2018 | 1 | 33.1 | 0 | $11.43 | $17.14 | $13.00 | $19.50 | $430.30 | $378.30 | $52.00 | $52.00 |
| | 10/31/2018 | 11/6/2018 | 1 | 33.22 | 0 | $11.43 | $17.15 | $13.00 | $19.50 | $431.86 | $379.86 | $52.00 | $52.00 |
| | 11/7/2018 | 11/13/2018 | 1 | 31.92 | 0 | $11.37 | $17.06 | $13.00 | $19.50 | $414.96 | $362.96 | $52.00 | $52.00 |
| | 11/14/2018 | 11/20/2018 | 1 | 31.97 | 0 | $11.37 | $17.06 | $13.00 | $19.50 | $415.61 | $363.61 | $52.00 | $52.00 |
| | 11/21/2018 | 11/27/2018 | 1 | 33.22 | 0 | $11.43 | $17.15 | $13.00 | $19.50 | $431.86 | $379.86 | $52.00 | $52.00 |
| | 11/28/2018 | 12/11/2018 | 1 | 31.63 | 0 | $11.36 | $17.03 | $13.00 | $19.50 | $411.19 | $359.19 | $52.00 | $52.00 |
| | 12/5/2018 | 12/11/2018 | 1 | 30.25 | 0 | $11.28 | $16.92 | $13.00 | $19.50 | $393.25 | $341.25 | $52.00 | $52.00 |
| | 12/12/2018 | 12/18/2018 | 1 | 31.76 | 0 | $11.36 | $17.04 | $13.00 | $19.50 | $412.88 | $360.88 | $52.00 | $52.00 |
| | 12/19/2018 | 12/25/2018 | 1 | 31.9 | 0 | $11.37 | $17.05 | $13.00 | $19.50 | $414.70 | $362.70 | $52.00 | $52.00 |
| | 12/26/2018 | 1/1/2019 | 1 | 34.25 | 0 | $11.48 | $17.22 | $13.00 | $19.50 | $445.25 | $393.25 | $52.00 | $52.00 |
| | 1/2/2019 | 1/8/2019 | 1 | 25.7 | 0 | $11.48 | $17.22 | $15.00 | $22.50 | $385.50 | $295.10 | $90.40 | $90.40 |
| | 1/9/2019 | 1/15/2019 | 1 | 19.2 | 0 | $21.91 | $32.86 | $15.00 | $22.50 | $420.66 | $420.66 | $ - | $ - |
| | 1/16/2019 | 1/22/2019 | 1 | 31.78 | 0 | $13.11 | $19.67 | $15.00 | $22.50 | $476.70 | $416.70 | $60.00 | $60.00 |
| | 1/23/2019 | 1/29/2019 | 1 | 32.83 | 0 | $13.17 | $19.76 | $15.00 | $22.50 | $492.45 | $432.45 | $60.00 | $60.00 |
| | 1/30/2019 | 2/4/2019 | 1 | 32.95 | 0 | $13.18 | $19.77 | $15.00 | $22.50 | $494.25 | $434.25 | $60.00 | $60.00 |
| | 2/5/2019 | 2/12/2019 | 1 | 32 | 0 | $13.13 | $19.69 | $15.00 | $22.50 | $480.00 | $420.00 | $60.00 | $60.00 |
| | 2/13/2019 | 2/19/2019 | 1 | 33.64 | 0 | $13.22 | $19.82 | $15.00 | $22.50 | $504.60 | $444.60 | $60.00 | $60.00 |
| | 2/20/2019 | 2/26/2019 | 1 | 33.43 | 0 | $13.21 | $19.81 | $15.00 | $22.50 | $501.45 | $441.45 | $60.00 | $60.00 |
| | 2/27/2019 | 3/5/2019 | 1 | 33.96 | 0 | $13.23 | $19.85 | $15.00 | $22.50 | $509.40 | $449.40 | $60.00 | $60.00 |
| | 3/6/2019 | 3/12/2019 | 1 | 33.51 | 0 | $13.21 | $19.81 | $15.00 | $22.50 | $502.65 | $442.65 | $60.00 | $60.00 |
| | 3/13/2019 | 3/19/2019 | 1 | 34.53 | 0 | $13.26 | $19.89 | $15.00 | $22.50 | $517.95 | $457.95 | $60.00 | $60.00 |
| | 3/20/2019 | 3/26/2019 | 1 | 33.6 | 0 | $13.21 | $19.82 | $15.00 | $22.50 | $504.00 | $444.00 | $60.00 | $60.00 |
| | 3/27/2019 | 4/2/2019 | 1 | 33.02 | 0 | $13.18 | $19.77 | $15.00 | $22.50 | $495.30 | $435.30 | $60.00 | $60.00 |
| | 4/3/2019 | 4/9/2019 | 1 | 34.73 | 0 | $13.27 | $19.91 | $15.00 | $22.50 | $520.95 | $460.95 | $60.00 | $60.00 |
| | 4/10/2019 | 4/16/2019 | 1 | 33.65 | 0 | $13.22 | $19.83 | $15.00 | $22.50 | $504.75 | $444.75 | $60.00 | $60.00 |
| | 4/17/2019 | 4/23/2019 | 1 | 33.25 | 0 | $13.20 | $19.79 | $15.00 | $22.50 | $498.75 | $438.75 | $60.00 | $60.00 |
| | 4/24/2019 | 4/30/2019 | 1 | 23.97 | 0 | $13.12 | $19.68 | $15.00 | $22.50 | $359.55 | $314.55 | $45.00 | $45.00 |
| | 5/1/2019 | 5/7/2019 | 1 | 32.99 | 0 | $13.18 | $19.77 | $15.00 | $22.50 | $494.85 | $434.85 | $60.00 | $60.00 |
| | 5/8/2019 | 5/14/2019 | 1 | 34.26 | 0 | $13.25 | $19.87 | $15.00 | $22.50 | $513.90 | $453.90 | $60.00 | $60.00 |
| | 5/15/2019 | 5/21/2019 | 1 | 34.12 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $511.80 | $451.80 | $60.00 | $60.00 |
| | 5/22/2019 | 5/28/2019 | 1 | 33.91 | 0 | $13.23 | $19.85 | $15.00 | $22.50 | $508.65 | $448.65 | $60.00 | $60.00 |
| | 5/29/2019 | 6/4/2019 | 1 | 34.39 | 0 | $13.26 | $19.88 | $15.00 | $22.50 | $515.85 | $455.85 | $60.00 | $60.00 |
| | 6/5/2019 | 6/11/2019 | 1 | 34.09 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $511.35 | $451.35 | $60.00 | $60.00 |
| | 6/12/2019 | 6/18/2019 | 1 | 33.8 | 0 | $13.22 | $19.84 | $15.00 | $22.50 | $507.00 | $447.00 | $60.00 | $60.00 |
| | 6/19/2019 | 6/25/2019 | 1 | 34.45 | 0 | $13.26 | $19.89 | $15.00 | $22.50 | $516.75 | $456.75 | $60.00 | $60.00 |
| | 6/26/2019 | 7/2/2019 | 1 | 35.1 | 0 | $13.29 | $19.94 | $15.00 | $22.50 | $526.50 | $466.50 | $60.00 | $60.00 |
| | 7/3/2019 | 7/9/2019 | 1 | 34.45 | 0 | $13.26 | $19.89 | $15.00 | $22.50 | $516.75 | $456.75 | $60.00 | $60.00 |
| | 7/10/2019 | 7/16/2019 | 1 | 33.04 | 0 | $13.18 | $19.78 | $15.00 | $22.50 | $495.60 | $435.60 | $60.00 | $60.00 |
| | 7/17/2019 | 7/23/2019 | 1 | 33.56 | 0 | $13.21 | $19.82 | $15.00 | $22.50 | $503.40 | $443.40 | $60.00 | $60.00 |
| | 7/24/2019 | 7/30/2019 | 1 | 32.82 | 0 | $13.17 | $19.76 | $15.00 | $22.50 | $492.30 | $432.30 | $60.00 | $60.00 |
| | 7/31/2019 | 8/6/2019 | 1 | 33.67 | 0 | $13.22 | $19.83 | $15.00 | $22.50 | $505.05 | $445.05 | $60.00 | $60.00 |
| | 8/7/2019 | 8/13/2019 | 1 | 34.04 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $510.60 | $450.60 | $60.00 | $60.00 |
| | 8/14/2019 | 8/20/2019 | 1 | 33.95 | 0 | $13.23 | $19.85 | $15.00 | $22.50 | $509.25 | $449.25 | $60.00 | $60.00 |
| | 8/21/2019 | 8/27/2019 | 1 | 32.89 | 0 | $13.18 | $19.76 | $15.00 | $22.50 | $493.35 | $433.35 | $60.00 | $60.00 |
| | 8/28/2019 | 9/3/2019 | 1 | 34.09 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $511.35 | $451.35 | $60.00 | $60.00 |
| | 9/4/2019 | 9/10/2019 | 1 | 33.86 | 0 | $13.23 | $19.84 | $15.00 | $22.50 | $507.90 | $447.90 | $60.00 | $60.00 |
| | 9/11/2019 | 9/17/2019 | 1 | 35.24 | 0 | $13.30 | $19.95 | $15.00 | $22.50 | $528.60 | $468.60 | $60.00 | $60.00 |
| | 9/18/2019 | 9/24/2019 | 1 | 33.83 | 0 | $13.23 | $19.84 | $15.00 | $22.50 | $507.45 | $447.45 | $60.00 | $60.00 |
| | 9/25/2019 | 10/1/2019 | 1 | 34.15 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $512.25 | $452.25 | $60.00 | $60.00 |
| | 10/2/2019 | 10/8/2019 | 1 | 32.73 | 0 | $13.17 | $19.75 | $15.00 | $22.50 | $490.95 | $430.95 | $60.00 | $60.00 |
| | 10/9/2019 | 10/15/2019 | 1 | 33.9 | 0 | $13.23 | $19.85 | $15.00 | $22.50 | $508.50 | $448.50 | $60.00 | $60.00 |
| | 10/16/2019 | 10/22/2019 | 1 | 34.66 | 0 | $13.27 | $19.90 | $15.00 | $22.50 | $519.90 | $459.90 | $60.00 | $60.00 |
| | 10/23/2019 | 10/29/2019 | 1 | 34.48 | 0 | $13.26 | $19.89 | $15.00 | $22.50 | $517.20 | $457.20 | $60.00 | $60.00 |
| | 10/30/2019 | 11/5/2019 | 1 | 36.23 | 0 | $13.34 | $20.02 | $15.00 | $22.50 | $543.45 | $483.45 | $60.00 | $60.00 |
| | 11/6/2019 | 11/12/2019 | 1 | 34.14 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $512.10 | $452.10 | $60.00 | $60.00 |
| | 11/13/2019 | 11/19/2019 | 1 | 33.08 | 0 | $13.19 | $19.78 | $15.00 | $22.50 | $496.20 | $436.20 | $60.00 | $60.00 |
| | 11/20/2019 | 11/26/2019 | 1 | 35.05 | 0 | $13.29 | $19.93 | $15.00 | $22.50 | $525.75 | $465.75 | $60.00 | $60.00 |
| | 11/27/2019 | 12/3/2019 | 1 | 36.4 | 0 | $13.35 | $20.03 | $15.00 | $22.50 | $546.00 | $486.00 | $60.00 | $60.00 |
| | 12/4/2019 | 12/10/2019 | 1 | 34.04 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $510.60 | $450.60 | $60.00 | $60.00 |
| | 12/11/2019 | 12/17/2019 | 1 | 34.12 | 0 | $13.24 | $19.86 | $15.00 | $22.50 | $511.80 | $451.80 | $60.00 | $60.00 |
| | 12/18/2019 | 12/23/2019 | 1 | 35.27 | 0 | $13.30 | $19.95 | $15.00 | $22.50 | $529.05 | $469.05 | $60.00 | $60.00 |
| | 12/24/2019 | 12/30/2019 | 1 | 34.25 | 0 | $13.25 | $19.87 | $15.00 | $22.50 | $513.75 | $453.75 | $60.00 | $60.00 |
| | 12/31/2019 | 1/6/2020 | 1 | 34.26 | 0 | $13.25 | $19.87 | $15.00 | $22.50 | $513.90 | $453.90 | $60.00 | $60.00 |
| | | | | | | | | | | | Total | | $10,611.45 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.

Privileged Settlement Communication

Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks In Pay Period | Hours Per Week In Period | No. of SOH Days Per Wk In Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Privileged Settlement Communication                                                                                                         Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Hiring Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
| Olman Eliseo Velasquez Fuentes | 4/30/2017 | 5/10/2017 | $ 23.60 | | | | | $ 9.63 | $ 56.83 |
| | 5/10/2017 | 5/16/2017 | $ 19.31 | | | | | $ 7.85 | $ 46.48 |
| | 5/17/2017 | 5/23/2017 | $ 19.79 | | | | | $ 8.01 | $ 47.58 |
| | 5/24/2017 | 5/30/2017 | $ 13.00 | | | | | $ 5.24 | $ 31.23 |
| | 5/31/2017 | 6/6/2017 | $ 29.39 | | | | | $ 11.79 | $ 70.57 |
| | 6/7/2017 | 6/13/2017 | $ - | | | | | $ - | $ - |
| | 6/14/2017 | 6/20/2017 | $ 2.80 | | | | | $ 1.12 | $ 6.73 |
| | 6/21/2017 | 6/27/2017 | $ 62.02 | | | | | $ 24.55 | $ 148.59 |
| | 6/28/2017 | 7/5/2017 | $ 14.27 | | | | | $ 5.62 | $ 34.17 |
| | 7/6/2017 | 7/12/2017 | $ 19.55 | | | | | $ 7.67 | $ 46.77 |
| | 7/13/2017 | 7/19/2017 | $ 309.17 | | | | | $ 120.73 | $ 739.06 |
| | 7/20/2017 | 7/26/2017 | $ 347.47 | | | | | $ 135.09 | $ 830.03 |
| | 7/27/2017 | 8/2/2017 | $ 210.41 | | | | | $ 81.44 | $ 502.25 |
| | 8/2/2017 | 8/9/2017 | $ 368.85 | | | | | $ 142.17 | $ 879.88 |
| | 8/9/2017 | 8/16/2017 | $ 32.08 | | | | | $ 12.31 | $ 76.47 |
| Page 25 | 8/9/2017 | 8/16/2017 | $ 115.50 | | | | | $ 44.32 | $ 275.31 |
| | 8/16/2017 | 8/23/2017 | $ 114.29 | | | | | $ 43.66 | $ 272.24 |
| | 8/23/2017 | 8/30/2017 | $ 469.12 | | | | | $ 178.39 | $ 1,116.64 |
| | 8/30/2017 | 9/6/2017 | $ 246.34 | | | | | $ 93.25 | $ 585.93 |
| | 9/7/2017 | 9/13/2017 | $ 359.38 | | | | | $ 135.37 | $ 854.13 |
| | 9/14/2017 | 9/20/2017 | $ - | | | | | $ - | $ - |
| Page 25 | 9/14/2017 | 9/20/2017 | $ - | | | | | $ - | $ - |
| | 9/20/2017 | 9/27/2017 | $ 363.34 | | | | | $ 135.66 | $ 862.34 |
| | 9/27/2017 | 10/4/2017 | $ 382.10 | | | | | $ 142.00 | $ 906.21 |
| | 10/5/2017 | 10/11/2017 | $ 231.02 | | | | | $ 85.43 | $ 547.46 |
| | 10/10/2017 | 10/18/2017 | $ 253.51 | | | | | $ 93.37 | $ 600.38 |
| | 10/19/2017 | 10/25/2017 | $ 281.21 | | | | | $ 103.01 | $ 665.43 |
| | 10/26/2017 | 11/1/2017 | $ 184.00 | | | | | $ 67.09 | $ 435.09 |
| | 11/1/2017 | 11/8/2017 | $ - | | | | | $ - | $ - |
| | 11/8/2017 | 11/15/2017 | $ 99.00 | | | | | $ 35.76 | $ 233.75 |
| | 11/15/2017 | 11/22/2017 | $ 81.90 | | | | | $ 29.45 | $ 193.24 |
| | 11/22/2017 | 11/29/2017 | $ 82.50 | | | | | $ 29.52 | $ 194.51 |
| | 11/29/2017 | 12/6/2017 | $ 99.00 | | | | | $ 35.25 | $ 233.25 |
| | 12/7/2017 | 12/13/2017 | $ 1.16 | | | | | $ 0.41 | $ 2.73 |
| | 12/14/2017 | 12/20/2017 | $ 7.43 | | | | | $ 2.62 | $ 17.49 |
| | 12/20/2017 | 12/27/2017 | $ 50.05 | | | | | $ 17.56 | $ 117.66 |
| | | | $ - | | | | | $ - | $ - |
| | 1/3/2018 | 1/9/2018 | $ 79.06 | | | | | $ 27.48 | $ 185.60 |
| | 1/10/2018 | 1/16/2018 | $ 17.74 | | | | | $ 6.13 | $ 41.60 |
| | 1/17/2018 | 1/23/2018 | $ - | | | | | $ - | $ - |
| | 1/24/2018 | 1/30/2018 | $ - | | | | | $ - | $ - |
| | 1/31/2018 | 2/6/2018 | $ - | | | | | $ - | $ - |
| | 2/7/2018 | 2/13/2018 | $ - | | | | | $ - | $ - |
| | 2/14/2018 | 2/20/2018 | $ - | | | | | $ - | $ - |
| | 2/21/2018 | 2/27/2018 | $ - | | | | | $ - | $ - |
| | 2/28/2018 | 3/6/2018 | $ - | | | | | $ - | $ - |
| | 3/7/2018 | 3/13/2018 | $ 0.52 | | | | | $ 0.17 | $ 1.21 |
| | 3/14/2018 | 3/20/2018 | $ 86.64 | | | | | $ 28.69 | $ 202.37 |
| | 3/21/2018 | 3/27/2018 | $ 86.71 | | | | | $ 28.49 | $ 201.91 |
| | 3/28/2018 | 4/3/2018 | $ 83.14 | | | | | $ 27.17 | $ 193.44 |
| | 4/4/2018 | 4/10/2018 | $ 83.85 | | | | | $ 27.26 | $ 194.96 |
| | 4/11/2018 | 4/17/2018 | $ 85.80 | | | | | $ 27.75 | $ 199.35 |
| | 4/18/2018 | 4/24/2018 | $ 86.97 | | | | | $ 27.98 | $ 201.92 |
| | 4/25/2018 | 5/1/2018 | $ 83.98 | | | | | $ 26.87 | $ 194.83 |
| | 5/2/2018 | 5/8/2018 | $ 81.90 | | | | | $ 26.06 | $ 189.86 |
| | 5/9/2018 | 5/15/2018 | $ 52.00 | | | | | $ 16.46 | $ 120.46 |
| | 5/16/2018 | 5/22/2018 | $ 52.00 | | | | | $ 16.37 | $ 120.37 |
| | 5/23/2018 | 5/29/2018 | $ 52.00 | | | | | $ 16.28 | $ 120.28 |
| | 5/30/2018 | 6/5/2018 | $ 52.00 | | | | | $ 16.19 | $ 120.19 |
| | 6/6/2018 | 6/12/2018 | $ 52.00 | | | | | $ 16.10 | $ 120.10 |
| | 6/13/2018 | 6/19/2018 | $ 52.00 | | | | | $ 16.01 | $ 120.01 |
| | 6/20/2018 | 6/26/2018 | $ 91.00 | | | | | $ 27.86 | $ 209.86 |
| | 6/27/2018 | 7/2/2018 | $ 52.00 | | | | | $ 15.84 | $ 119.84 |
| | 7/3/2018 | 7/10/2018 | $ 52.00 | | | | | $ 15.75 | $ 119.75 |
| | 7/11/2018 | 7/17/2018 | $ 52.00 | | | | | $ 15.65 | $ 119.65 |
| | 7/18/2018 | 7/24/2018 | $ 52.00 | | | | | $ 15.56 | $ 119.56 |
| | 7/25/2018 | 7/31/2018 | $ 52.00 | | | | | $ 15.47 | $ 119.47 |
| | 8/1/2018 | 8/7/2018 | $ 52.00 | | | | | $ 15.38 | $ 119.38 |
| | 8/8/2018 | 8/14/2018 | $ 52.00 | | | | | $ 15.29 | $ 119.29 |
| | 8/15/2018 | 8/21/2018 | $ 52.00 | | | | | $ 15.20 | $ 119.20 |
| | 8/22/2018 | 8/28/2018 | $ 52.00 | | | | | $ 15.11 | $ 119.11 |
| | 8/29/2018 | 9/4/2018 | $ 52.00 | | | | | $ 15.02 | $ 119.02 |
| | 9/5/2018 | 9/11/2018 | $ 52.00 | | | | | $ 14.93 | $ 118.93 |
| | 9/12/2018 | 9/18/2018 | $ 52.00 | | | | | $ 14.84 | $ 118.84 |
| | 9/19/2018 | 9/25/2018 | $ 52.00 | | | | | $ 14.75 | $ 118.75 |
| | 9/26/2018 | 10/2/2018 | $ 52.00 | | | | | $ 14.66 | $ 118.66 |

Privileged Settlement Communication                                                                                        Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Hiring Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
| | 10/3/2018 | 10/9/2018 | $ 52.00 | | | | | $ 14.57 | $ 118.57 |
| | 10/10/2018 | 10/16/2018 | $ 52.00 | | | | | $ 14.48 | $ 118.48 |
| | 10/17/2018 | 10/23/2018 | $ 52.00 | | | | | $ 14.39 | $ 118.39 |
| | 10/24/2018 | 10/30/2018 | $ 52.00 | | | | | $ 14.31 | $ 118.31 |
| | 10/31/2018 | 11/6/2018 | $ 52.00 | | | | | $ 14.22 | $ 118.22 |
| | 11/7/2018 | 11/13/2018 | $ 52.00 | | | | | $ 14.13 | $ 118.13 |
| | 11/14/2018 | 11/20/2018 | $ 52.00 | | | | | $ 14.04 | $ 118.04 |
| | 11/21/2018 | 11/27/2018 | $ 52.00 | | | | | $ 13.95 | $ 117.95 |
| | 11/28/2018 | 12/11/2018 | $ 52.00 | | | | | $ 13.81 | $ 117.81 |
| | 12/5/2018 | 12/11/2018 | $ 52.00 | | | | | $ 13.77 | $ 117.77 |
| | 12/12/2018 | 12/18/2018 | $ 52.00 | | | | | $ 13.68 | $ 117.68 |
| | 12/19/2018 | 12/25/2018 | $ 52.00 | | | | | $ 13.59 | $ 117.59 |
| | 12/26/2018 | 1/1/2019 | $ 52.00 | | | | | $ 13.50 | $ 117.50 |
| | 1/2/2019 | 1/8/2019 | $ 90.40 | | | | | $ 23.31 | $ 204.11 |
| | 1/9/2019 | 1/15/2019 | $ - | | | | | $ - | $ - |
| | 1/16/2019 | 1/22/2019 | $ 60.00 | | | | | $ 15.26 | $ 135.26 |
| | 1/23/2019 | 1/29/2019 | $ 60.00 | | | | | $ 15.16 | $ 135.16 |
| | 1/30/2019 | 2/4/2019 | $ 60.00 | | | | | $ 15.06 | $ 135.06 |
| | 2/5/2019 | 2/12/2019 | $ 60.00 | | | | | $ 14.96 | $ 134.96 |
| | 2/13/2019 | 2/19/2019 | $ 60.00 | | | | | $ 14.85 | $ 134.85 |
| | 2/20/2019 | 2/26/2019 | $ 60.00 | | | | | $ 14.75 | $ 134.75 |
| | 2/27/2019 | 3/5/2019 | $ 60.00 | | | | | $ 14.64 | $ 134.64 |
| | 3/6/2019 | 3/12/2019 | $ 60.00 | | | | | $ 14.54 | $ 134.54 |
| | 3/13/2019 | 3/19/2019 | $ 60.00 | | | | | $ 14.43 | $ 134.43 |
| | 3/20/2019 | 3/26/2019 | $ 60.00 | | | | | $ 14.33 | $ 134.33 |
| | 3/27/2019 | 4/2/2019 | $ 60.00 | | | | | $ 14.23 | $ 134.23 |
| | 4/3/2019 | 4/9/2019 | $ 60.00 | | | | | $ 14.12 | $ 134.12 |
| | 4/10/2019 | 4/16/2019 | $ 60.00 | | | | | $ 14.02 | $ 134.02 |
| | 4/17/2019 | 4/23/2019 | $ 60.00 | | | | | $ 13.92 | $ 133.92 |
| | 4/24/2019 | 4/30/2019 | $ 45.00 | | | | | $ 10.36 | $ 100.36 |
| | 5/1/2019 | 5/7/2019 | $ 60.00 | | | | | $ 13.71 | $ 133.71 |
| | 5/8/2019 | 5/14/2019 | $ 60.00 | | | | | $ 13.61 | $ 133.61 |
| | 5/15/2019 | 5/21/2019 | $ 60.00 | | | | | $ 13.50 | $ 133.50 |
| | 5/22/2019 | 5/28/2019 | $ 60.00 | | | | | $ 13.40 | $ 133.40 |
| | 5/29/2019 | 6/4/2019 | $ 60.00 | | | | | $ 13.30 | $ 133.30 |
| | 6/5/2019 | 6/11/2019 | $ 60.00 | | | | | $ 13.19 | $ 133.19 |
| | 6/12/2019 | 6/18/2019 | $ 60.00 | | | | | $ 13.09 | $ 133.09 |
| | 6/19/2019 | 6/25/2019 | $ 60.00 | | | | | $ 12.98 | $ 132.98 |
| | 6/26/2019 | 7/2/2019 | $ 60.00 | | | | | $ 12.88 | $ 132.88 |
| | 7/3/2019 | 7/9/2019 | $ 60.00 | | | | | $ 12.78 | $ 132.78 |
| | 7/10/2019 | 7/16/2019 | $ 60.00 | | | | | $ 12.67 | $ 132.67 |
| | 7/17/2019 | 7/23/2019 | $ 60.00 | | | | | $ 12.57 | $ 132.57 |
| | 7/24/2019 | 7/30/2019 | $ 60.00 | | | | | $ 12.47 | $ 132.47 |
| | 7/31/2019 | 8/6/2019 | $ 60.00 | | | | | $ 12.36 | $ 132.36 |
| | 8/7/2019 | 8/13/2019 | $ 60.00 | | | | | $ 12.26 | $ 132.26 |
| | 8/14/2019 | 8/20/2019 | $ 60.00 | | | | | $ 12.16 | $ 132.16 |
| | 8/21/2019 | 8/27/2019 | $ 60.00 | | | | | $ 12.05 | $ 132.05 |
| | 8/28/2019 | 9/3/2019 | $ 60.00 | | | | | $ 11.95 | $ 131.95 |
| | 9/4/2019 | 9/10/2019 | $ 60.00 | | | | | $ 11.85 | $ 131.85 |
| | 9/11/2019 | 9/17/2019 | $ 60.00 | | | | | $ 11.74 | $ 131.74 |
| | 9/18/2019 | 9/24/2019 | $ 60.00 | | | | | $ 11.64 | $ 131.64 |
| | 9/25/2019 | 10/1/2019 | $ 60.00 | | | | | $ 11.53 | $ 131.53 |
| | 10/2/2019 | 10/8/2019 | $ 60.00 | | | | | $ 11.43 | $ 131.43 |
| | 10/9/2019 | 10/15/2019 | $ 60.00 | | | | | $ 11.33 | $ 131.33 |
| | 10/16/2019 | 10/22/2019 | $ 60.00 | | | | | $ 11.22 | $ 131.22 |
| | 10/23/2019 | 10/29/2019 | $ 60.00 | | | | | $ 11.12 | $ 131.12 |
| | 10/30/2019 | 11/5/2019 | $ 60.00 | | | | | $ 11.02 | $ 131.02 |
| | 11/6/2019 | 11/12/2019 | $ 60.00 | | | | | $ 10.91 | $ 130.91 |
| | 11/13/2019 | 11/19/2019 | $ 60.00 | | | | | $ 10.81 | $ 130.81 |
| | 11/20/2019 | 11/26/2019 | $ 60.00 | | | | | $ 10.71 | $ 130.71 |
| | 11/27/2019 | 12/3/2019 | $ 60.00 | | | | | $ 10.60 | $ 130.60 |
| | 12/4/2019 | 12/10/2019 | $ 60.00 | | | | | $ 10.50 | $ 130.50 |
| | 12/11/2019 | 12/17/2019 | $ 60.00 | | | | | $ 10.40 | $ 130.40 |
| | 12/18/2019 | 12/23/2019 | $ 60.00 | | | | | $ 10.30 | $ 130.30 |
| | 12/24/2019 | 12/30/2019 | $ 60.00 | | | | | $ 10.20 | $ 130.20 |
| | 12/31/2019 | 1/6/2020 | $ 60.00 | | | | | $ 10.10 | $ 130.10 |
| | | | | | | | | | $ - |
| | | | $ 10,611.45 | | | $ - | $ - | $ 3,286.83 | $ 24,509.73 |

| | | | | Filing Date | | 3/11/2020 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | FLSA | | 3/31/2017 | | | |
| | | | | NYLL | | 3/31/2014 | | | |
| | | | | Amendment | | 4/9/2011 | | | |
| | | | | Today | | 11/15/2021 | | | |

Privileged Settlement Communication

Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Hiring Wage Notice | Weekly Wage Statement | Pre-Jud. Interest (PJI) on OT & Wages | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |

6 of 6