UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABEL GONZALEZ GONZALEZ and OLMAN ELISEO VELASQUEZ FUENTES, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>TREADWELL PARK LLC, 301 SOUTH LLC, CAMGT 510 W42 RESTAURANT OPERATING LLC, 1125 FIRST LLC, 245 PARK LLC, ABRAHAM MERCHANT, ANDREW EMMET, and FERNANDO RODRIGUEZ,<br><br>                    Defendants. | CIVIL ACTION NO.: 20 Civ. 4568 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 24, 2022, the Honorable Valerie E. Caproni referred to me Defendants' motion (ECF No. 50 (the "Motion")) under Federal Rule of Civil Procedure 11 for sanctions against Plaintiff Olman Eliseo Velasquez Fuentes ("Fuentes") and his counsel, CSM Legal PC ("CSM"). (ECF No. 53). Defendants seek, inter alia, "an order (a) directing Fuentes and CSM to pay monetary sanctions and attorneys' fees pursuant to (i) Rules 11(b)(1), (2) & (3), 11(c); (ii) 28 U.S.C. § 1927; and/or (ii) [the] Court's inherent power; and (b) dismissing the Complaint with prejudice thereby precluding Fuentes from arbitrating his claims." (ECF No. 52 at 4).

Pursuant to the Court's Local Rules, Fuentes' and CSM's opposition to the Motion was due by February 7, 2022. See S.D.N.Y. Loc. Civ. R. 6.1(b). To date, Fuentes and CSM have neither filed their opposition nor requested an extension of the now-lapsed deadline to do so.

Nonetheless, the Court sua sponte extends this deadline, and directs Fuentes and CSM to file their opposition by **February 14, 2022**.  If no opposition is filed by that date, the Court will deem the Motion fully briefed.

Dated:	New York, New York
	February 11, 2022

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2