# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620
_____
catalina@csm-legal.com

February 23, 2022

**BY ECF**
Hon. Judge Magistrate Judge Sarah L Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:       <u>Gonzalez Gonzalez et al v. Treadwell Park LLC et al</u>
       CASE #:    1:20-cv-04568-VEC-SLC

Dear Judge Cave:

       This firm represents Plaintiff in the above-referenced action. I write, together with Defendants' counsel, to respectfully request a one-week extension of the deadline for the parties to either (i) file a stipulation withdrawing Defendants' motion for sanctions (ECF No. 50) or for Plaintiff and the undersigned to file their opposition to Defendants' motion. This is the parties' second request for an extension. The previous request was granted.

       The reason for this request is that the parties have finalized a settlement agreement and are getting the parties to sign the agreement. The parties expect they will be in a position to file the fully executed settlement agreement and the stipulation withdrawing Defendants' motion for sanctions by March 11, 2022.

       We thank the Court for its continued time and attention in this matter.

                                           Respectfully Submitted,

                                           /s/ Catalina Sojo
                                           Catalina Sojo, Esq.

---

The parties' requested extension (ECF No. 61) is GRANTED. By **March 11, 2022**, either (i) the parties shall file a stipulation withdrawing Defendants' motion for sanctions(ECF No. 50 (the "Motion")) or (ii) Plaintiff Olman Eliseo Velasquez Fuentes and his counsel, CSM Legal P.C., shall file their opposition to the Motion.

The Clerk of Court is respectfully directed to close ECF No. 61.

SO ORDRED      2/24/2022

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge