UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLMAN ELISEO VELASQUEZ FUENTES, <br><br> Plaintiff, <br><br> -v- <br><br> TREADWELL PARK LLC, 301 SOUTH LLC, CAMGT 510 W42 RESTAURANT OPERATING LLC, 1125 FIRST LLC, 245 PARK LLC, ABRAHAM MERCHANT, ANDREW EMMET, and FERNANDO RODRIGUEZ, <br><br> Defendants. | CIVIL ACTION NO.: 20 Civ. 4568 (VEC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' request for approval of their settlement agreement (the "Settlement Agreement").  (ECF No. 70).  In its review of these materials, the Court has identified the following issues:

1.  The Settlement Agreement is not signed by Defendants (see ECF No. 70-1 at 9–10);

2.  The parties failed to sign the Stipulated Order of Dismissal (see id. at 10).

The Court cannot act on the parties' request until these issues are resolved.  Accordingly, by **April 8, 2022**, the parties shall file the signed Settlement Agreement and Stipulated Order of Dismissal.

Dated:      New York, New York
            April 5, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

1